UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No.  CV 25-03433-MWF (SKx)                                    Date:  June 11, 2025
Title:    OneMain Financial Group, LLC v. Sean M. Mead

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**     ORDER GRANTING MOTION TO REMAND [9]

Before the Court is a Motion to Remand (the "Motion"), filed by Plaintiff OneMain Financial Group, LLC on May 15, 2025.  (Docket No. 9).  No Opposition or Reply was filed.

The Motion was noticed to be heard on **June 23, 2025**.  The Court has read and considered the papers on the Motion and deems the matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78(b); Local Rule 7-15.  The hearing is therefore **VACATED** and removed from the Court's calendar.

Defendant's lack of opposition is sufficient grounds for granting the Motion.  *See* Local Rule 7-12; *see also Ewing v. Ruano*, No. CV 09-8471-VAP (ANx), 2012 WL 2138159, at *1 (C.D. Cal. June 12, 2012) ("As noted, Plaintiff failed to oppose the defendants' motion to dismiss by the deadline established in the Local Rules.  Accordingly, pursuant to Local Rule 7-12, the Court finds good cause for granting the defendants' unopposed motion to dismiss").

Even if the Court were to consider the merits, it would be proper to grant the Motion.

Defendant removed the action on the basis of both diversity and subject matter jurisdiction.  (Notice of Removal (Docket No. 1) at 2-4).  As to diversity jurisdiction, Defendant argued that removal was proper because Plaintiff is a Delaware LLC with its principal place of business outside of California, while Defendant is a California

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 25-03433-MWF (SKx) | **Date:** June 11, 2025 |
| **Title:** OneMain Financial Group, LLC v. Sean M. Mead | |

resident. (*Id.* at 2). However, Defendant neglected to mention that the Complaint (Docket No. 1) seeks a sum certain: $10,186.53. (*Id.* at 5). To exercise diversity jurisdiction, the amount in controversy must exceed $75,000. 28 U.S.C. § 1332(a). Defendant puts forward no argument that the true amount in controversy exceeds this amount. (*See generally* Notice of Removal).

As to subject matter jurisdiction, Defendant claims that there is federal question jurisdiction under 28 U.S.C. § 1331 because "[t]he claims in this action arise under federal statutes including" the Fair Credit Reporting Act, the Fair Debt Collection Practices Act, and the Truth in Lending Act. (*Id.* at 2). Defendant also sets forth potential defenses that he may bring in the action, which fall under 15 U.S.C. §§ 1431, 1601, 1602, and 1692. (*Id.* at 3). However, Plaintiff's actual causes of action in the Complaint arise under state law: 1) breach of promissory note; 2) open book account; and 3) account stated. (Complaint ¶¶ 7-17). Defendant's contention otherwise is simply false. Moreover, it is an elementary principle of federal law that federal subject matter jurisdiction does not arise from potential defenses rooted in federal law. *See, e.g.*, *Louisville & Nashville R.R. Co. v. Mottley*, 211 U.S. 149, 153 (1908) (holding that federal jurisdiction must arise from the face of a well-pleaded complaint).

Accordingly, the Motion to Remand is **GRANTED** and the action is **REMANDED** to Los Angeles County Superior Court.

IT IS SO ORDERED.

Parties in court without a lawyer are called "*pro se* litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal Pro Se Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012. *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.